**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ROLAND AND MARTA MARCANO,

   Plaintiffs,

      v.

NORTHSTAR LOCATION SERVICES, LLC,

   Defendant.
_____/

## PLAINTIFFS' COMPLAINT AND DEMAND FOR JURY TRIAL

ROLAND AND MARTA MARCANO (Plaintiffs), by attorneys, KROHN & MOSS, LTD., allege the following against NORTHSTAR LOCATION SERVICES, LLC, (Defendant):

### INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiffs are natural persons who reside in Jacksonville, St. John's County, Florida, and allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiffs which was allegedly due and owing from Plaintiffs, and Plaintiffs are consumer debtors.

7. Defendant is a national company with offices in Cheektowaga, New York.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. In approximately November 2010, Defendant began placing collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

11. Defendant was calling Plaintiff Roland Marcano at work on several lines including 904-230-1525 and 305-969-3616.

12. Plaintiff Roland Marcano told Defendant to stop calling his work number because such calls were prohibited but Defendant continued to call Plaintiff Roland Marcano at work.

13. Defendant also called his home line at 904-230-1514.

14. Defendant used automated dialers and live persons to contact Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(3)* of the FDCPA by calling Plaintiff Roland Marcano at work despite knowing that such calls are prohibited.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and abuse Plaintiffs.

    c. Defendant violated *§1692d(5)* of the FDCPA by causing Plaintiffs' phone to repeatedly ring and repeatedly engage in conversation.

WHEREFORE, Plaintiffs, ROLAND AND MARTA MARCANO, respectfully request judgment be entered against Defendant, NORTHSTAR LOCATION SERVICES, LLC, for the following:

16. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

Dated: June 21, 2011

RESPECTFULLY SUBMITTED,

By: *Shireen Hormozdi*
Shireen Hormozdi
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
FBN: 0882461

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, ROLAND AND MARTA MARCANO, hereby demands trial by jury in this action.

**VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF FLORIDA

    Plaintiff, ROLAND AND MARTA MARCANO, each state the following:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, ROLAND AND MARTA MARCANO, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_6-2-2011_                                             _/s/ Roland Marcano_
Date                                                         ROLAND MARCANO

_6-2-2011_                                             _/s/ Marta Marcano_
Date                                                        MARTA MARCANO